JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>               Plaintiff,<br><br>v.<br><br>ADVANCED GENERAL CONSTRUCTION, a California Sole Proprietorship; and DOES 1-10,<br><br>               Defendants. | Case No. 2:24-cv-05975-SPG-SSC<br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff U.S. Specialty Insurance Company's ("Plaintiff") Motion for Default Judgment (ECF No. 30 ("Motion")). Having reviewed the Motion, supporting evidence, and all related filings, and for the reasons discussed more fully in the Court's Order Granting, In Part, and Denying, In Part, Plaintiff's Motion for Default Judgment (ECF No. 37),

**IT IS ORDERED** that **JUDGMENT** is hereby entered in favor of Plaintiff and against Defendant Advanced General Construction as to the rescission claim of Commercial General Liability Policy number U21AC135534-02, effective May 6, 2023, to May 6, 2024, ("2023 Insurance Policy") issued to Defendant Advanced General Construction.

-2-

**IT IS FURTHER ORDERED** that Plaintiff's declaratory judgment claim as to the 2023 Policy and Commercial General Liability Policy number U21AC135534-01, effective May 6, 2022, to May 6, 2023 ("2022 Insurance Policy") is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 19, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE